# COMPLAINT FORM
(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF INDIANA

FILED
03/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Michael Scuteri,
    Plaintiff,

-v-

Indiana Department of Corrections
Warden Dushan Zatecky
    Defendants,

Case Number to be Assigned

2:23-cv-159-JPH-MG

A.   PARTIES

1.   Plaintiff is a citizen of Indiana, and is located at: Putnamville Correctional Facility, 1946 West US Hwy 40, Greencastle, IN 46135

2.   Defendant (s):
Indiana Department of Corrections
Commissioner of Corrections
Indiana Government Center South
302 West Washington Street, Room E334
Indianapolis, IN 46204

Warden Dushan Zatecky
Putnamville Correctional Facility
1946 West US Hwy 40
Greencastle, IN 46135

Are citizens of Indiana and work at: Putnamville Correctional Facility, 1946 West US Hwy 40, Greencastle, IN 46135 and the defendants incurred damages due to negligence and malicious indifference in the course of their job working for the Indiana Department of Corrections at the Putnamville Correctional Facility, 1946 West US Hwy 40, Greencastle, IN 46135.

B.   STATEMENT OF CLAIM

    The Indiana Department of Corrections Putnamville has consistently and persistently impeded sufficient access to the law library for inmates of the Indiana Department of Corrections, for the purpose which it was designed.
    Now, the Putnamville Correctional Facility has instituted a new policy prohibiting inmates from entering the law library more than twice a week. Thusly, denying me adequate and sufficient access to the Courts.

* **U.S. v Cooper, 375 F.3d 1041 (10th Circuit 2004)** -
  **Bourdan v Loughren, 386 F.3d 88 (2nd Circuit 2004)** - Prisoners have Constitutional Right of access to courts and must be provided with sufficient law libraries or sufficient assistance from persons trained in the law.

* **Chriceol v Phillips, 169 F.3d 313 (5th Circuit 1999)** - Prisoners have the Constitutional Right to the courts, undue delay or similar obstruction may impugn this right.

* **Gomez v Vernon, 255 F.3d 1118 (9th Circuit 2001)** – Access to courts entails prisoners' Right to access legal materials and prisoner law clerks.

* **Tarplay v Allen County, Indiana, 312 F.3d 895 (7th Circuit 2002)** – Officials must not impede prisoners' Right to access the court.

* **Cohen v Longshore, 621 F.3d 1311 (10th Circuit 2010)** – Although prison officials are required to assist prisoners only in pursuing legal matters concerning conditions of confinement or criminal conviction and sentence, they may not interfere with prisoners' pursuit of other types of legal matters.

* **Barbour v Haley, 471 F.3d 1222 (11th Circuit 2006)** – Prisoners have a Constitutional Right of access to courts.

I am refused proper grievance processes by the grievance officer Donna Bumgardner.

I am refused daily access to the courts. The Putnamville Correctional Facility Law Library is open from:

0750 – 1050 (AM) and 1250 – 1450 (PM) Monday – Friday.

There is no legitimate reason to deny me access to the Law Library. I am not a STG member. I have legitimate legal work to do. I am not involved in illicit activities. There are no safety and security issues in relation to me. I have no attorney. I am not permitted pauper counsel. I am self-represented.

This facility and its officials regularly violate inmate rights and make policies that are against the law. I am tired of being stepped on by the IDOC and its staff.

C.    JURISDICTION

    **XX**  I am suing for a violation of federal law under U.S.C. § 1331.

    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant.

D.     RELIEF WANTED

**Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.**

I want a jury to decide damages in this case for violation of my civil rights, violation of my right to access the courts by Indiana Department of Corrections and its employees.

I want full access to the Law Library daily, without impediment or delay until all of my legal work is completed.

I want $1,000.00 for every single day of time lost because I am denied access to the courts by the Indiana Department of Corrections and its Prison Officials.

I want the Indiana Department of Corrections reprimanded for attempting to establish such policies and to establish a new set of policies to prevent this confusion over prisoner' rights from ever happening again.

E.     JURY DEMAND

Jury Demand – I want a jury to hear my case

Dated this 27th Day of March 2023.

Respectfully Submitted,

*/s/ Michael Scuteri*

Michael Andrew Scuteri #286882
Putnamville Correctional Facility
1946 West US Hwy 40
Greencastle, IN 46135

# REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE

I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.