UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL SCUTERI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:23-cv-00159-JPH-MG |
| INDIANA DEPARTMENT OF CORRECTIONS, DUSHAN ZATECKY Warden, | ) ) ) ) |
| Defendants. | ) ) |

## FINAL JUDGMENT

The Court now enters final judgment. This action is **dismissed with prejudice** for failure to state a claim upon which relief may be granted.

Date:  9/12/2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MICHAEL SCUTERI
286882
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com